```
IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF VIRGINIA
              DANVILLE DIVISION
```

| | |
|---|---|
| WANDA D. MITCHELL, )<br>Mother For: Tenaisha T. Dabney, a Minor Child, )<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>MR. MICHAEL J. ASTRUE )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 4:10CV00028<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>    Senior United States District Judge |

Before me is the Report and Recommendation ("R&R") (ECF No. 17) of the United States Magistrate Judge recommending an Order be entered in favor of the Commissioner. Plaintiff timely filed Objections (ECF No. 28) to the R&R. I have examined the parties' motions and the record and this matter is now ripe for review. For the reasons contained herein, I hereby **ADOPT** the Report and Recommendation in its entirety, **GRANT** the Commissioner's Motion for Summary Judgment, **AFFIRM** the Commissioner's final decision and direct the Clerk to **DISMISS** this case from the docket of the Court.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to counsel, the pro se Plaintiff and Magistrate Judge Crigler.

ENTERED this 1st day of July, 2011.

                                                s/Jackson L. Kiser<br>
                                                Senior United States District Judge